No. 04–10459. NEILL v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 04–10460. MCELHANEY v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–10461. CANNADY v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 04–10462. ROMAN v. WIGGER, SUPERINTENDENT, ALBANY COUNTY CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–10463. MARTINEZ RENTERIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10464. ROBBINS v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 04–10466. STEEN v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 04–10467. ESCAMILLA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10468. RONQUILLO PALMA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–10469. CARNOHAN v. NEWCOMB. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 04–10470. MORA v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–10471. FAULKNER v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 04–10473. WOLF ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–10474. BANSAL v. ACOSTA. C. A. 5th Cir. Certiorari denied.

No. 04–10475. CHUMPIA v. MICHIGAN STATE UNIVERSITY ET AL. C. A. 6th Cir. Certiorari denied.